| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR03-406-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MICHAEL LEWIS CLARK, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 13, 2012. The United States was represented by Assistant United States Attorney Thomas S. Woods, and the defendant by Paula Deutsch for Michael Filipovic.

The defendant had been charged with Travel in Foreign Commerce and Engaging in Illicit Sexual Conduct with a Minor, in violation of 18 U.S.C. § 2423(c) and (f). On or about June 25, 2004, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 97 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a mental health program, financial disclosure and sex offender conditions.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated February 7, 2012, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

1. On or before February 2012, the defendant had unsupervised contact with minor children under the age of 18, without the permission of his probation officer, in violation of the condition that the defendant have no unsupervised contact, direct or indirect, with minor children under the age of 18, unless granted permission to do so by his probation officer.

2. On or before February 2012, the defendant failed to follow the treatment requirements imposed by his sex offender therapist and continue with those restrictions as they pertain to avoiding risk situation throughout the course of defendant's supervision. This includes not residing in or going to places where minors are known to frequent without the prior approval of the defendant's probation officer.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on March 1, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 14th day of February, 2012.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Thomas S. Woods
Defendant's attorney: Paula Deutsch
Probation officer: Jennifer J. Tien